IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFRED LEE BRANUM,       § <br> TDCJ-CID NO.286354,       § <br>     Plaintiff,       § <br> v.       § <br>          § <br> ALAN CHAMBLESS, *et al.*,       § <br>     Defendants.       § | CIVIL ACTION NO. H-02-4559 |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on 14th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE